AGUSTÍN HERNÁNDEZ MENA, demandante y apelante, *v.*
BERNARDO LECUMBERRI, demandado y apelado.

No. 3837.—*Visto:* Marzo 2, 1926. *Resuelto:* Julio 8, 1926.

APELACIÓN Y ERROR — RESOLUCIÓN Y DISPOSICIÓN DEL CASO — CONFIRMACIÓN—
ERROR ALEGADO QUE NO SE DEMUESTRA POR EL APELANTE—EN GENERAL.—
Atendidas las alegaciones de la demanda y los fundamentos de la sentencia
apelada, *se resolvió:* que el alegato del apelante no destruía los fundamen-
tos de la corte basados en los hechos resultantes de la demanda misma, y
se confirmó la sentencia apelada.

SENTENCIA de *Pablo Berga,* J. (San Juan), desestimando la demanda,
con costas. *Confirmada.*

Angel Arroyo representó al apelante en el acto de la vista; *Monse-
rrat y Monserrat,* abogados del apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del
tribunal.

La sentencia apelada en este caso se dictó sobre las ale-
gaciones. La demanda es larga y confusa. Fué excepcio-
nada por falta de hechos suficientes para constituir una
causa de acción. Y la excepción fué declarada con lugar,
quedando convertida luego la resolución en sentencia.

Desentrañados los hechos, consta que Hernández Mena, el
demandante, era dueño de un solar con una casa y varias
otras construcciones situado en Santurce, P. R.; que el
solar y la casa fueron vendidos en pública subasta al de-
mandado Lecumberri en un pleito en cobro de pesos que se
siguió contra el demandante Hernández Mena; que Lecum-
berri demandó en desahucio al ocupante de la finca Ru-
perto Fuentes; que el demandante pidió intervenir en el
pleito de desahucio y no se le permitió, y que el deman-
dante alega que ha sido despojado de su propiedad injus-
tamente ocasionándosele perjuicios que fija en cinco mil
dólares.

Los fundamentos de la sentencia apelada fueron que el
demandante carecía de acción para solicitar la nulidad del
pleito de desahucio en el que no era parte ni se le permi-
tió intervenir, no pudiendo afectarle en modo alguno la
sentencia dictada; que en la misma demanda se alega que

los bienes de que se trata son propiedad de Lecumberri por título procedente del propio demandante, y que la acción de daños y perjuicios era improcedente porque correspondería en todo caso al dueño y el dueño lo era Lecumberri.

El alegato del apelante no contiene un señalamiento separado de errores y es tan confuso como la demanda. Lo hemos leído no obstante cuidadosamente y no destruye los fundamentos de la corte basados en los últimos hechos que resultan de la demanda misma, despojada de sus alegaciones dudosas, contradictorias o ininteligibles.

*Debe confirmarse la sentencia recurrida.*